IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRBY INLAND MARINE, LP,<br><br>Plaintiff,<br><br>v.<br><br>M/V VEREINA, her equipment, tackle, and appurtenances, etc., *in rem*, KEYBRIDGE SHIPPING LTD., *in personam*, and COLOMBIA SHIPMANAGEMENT (DEUTSCHLAND) GMBH, *in personam*,<br><br>Defendants. | C.A. NO. 4:12-cv-591<br>(ADMIRALTY) |

## ORDER OF DISMISSAL

The parties having announced to the Court that all matters at issue herein have been compromised and settled and the consideration for such compromise paid in full, and counsel for Plaintiff Kirby Inland Marine, LP, having moved the Court for an Order dismissing the cause with prejudice, and the Court being of the opinion that such Motion should be granted, it is therefore,

ORDERED, ADJUDGED, and DECREED that the Complaint herein be, and the same is hereby dismissed with prejudice, and it further appearing that all costs of Court have been paid, it is further

ORDERED that all costs of Court shall be borne by the party incurring same.

DONE at Houston, Texas this 28th day of December 2012.

_____
Nancy F. Atlas
United States District Judge